UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SARAH VIDAL,

    Defendant.

_____/

Case No. 21-20613

Honorable Nancy G. Edmunds

### ORDER DENYING MOTION FOR RETURN OF PASSPORT [110]

Defendant Sarah Vidal was charged by Information with conspiring to commit wire fraud, in violation of 18 U.S.C. §1349. (ECF No. 18.) Defendant made her initial appearance on September 29, 2021 and was ordered to surrender her French passport to Pretrial Services as a condition of release. (ECF No. 36.) She surrendered her passport in accordance with the Order, entered a plea of guilty with the Court, and was sentenced to three years of probation. (ECF Nos. 52, 92.) Defendant's French passport has since expired. She brings the present motion to request the return of that passport. (ECF No. 110.) The Government has indicated it does not oppose the return of Defendant's passport, but the Probation Department has expressed that it would prefer to retain Defendant's passport until her term of supervision has expired. The Court sees no reason to expedite the return of Defendant's passport here. Accordingly, Defendant's motion is DENIED WITHOUT PREJUDICE. Defendant may request the return of her passport from the Probation Department after her term of supervision has concluded.

    SO ORDERED.

Dated: October 18, 2022

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 18, 2022, by electronic and/or ordinary mail.

        s/ Lisa Bartlett
        Case Manager